[No. 24710-7-I.   Division One.   December 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD HENRY MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-01935-5, Jack A. Richey, J. Pro Tem., entered August 1, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield and Forrest, JJ.

[No. 25343-3-I.   Division One.   December 13, 1990.]

KA C. LI, P.S., *Appellant,* v. HSUN JU CHEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-08027-3, Jim Bates, J., entered November 21, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Winsor, J., and Deierlein, J. Pro Tem.

[No. 24553-8-I.   Division One.   December 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBRA JEAN ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-01605-1, Arthur E. Piehler, J., entered July 3, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Winsor, JJ.

[No. 24071-4-I.   Division One.   December 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LEE McCAMEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00914-1, Robert C. Bibb, J., entered April 24, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Winsor, JJ.